# United States Court of Appeals
## For the First Circuit

---

No. 13-1947

LAWRENCE M. YACUBIAN,

Plaintiff, Appellant,

v.

UNITED STATES,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion of this Court issued on April 30, 2014 is amended as follows:

On page 10, footnote 6, line 2, "on" is replaced with "of".

On page 10, footnote 6, line 17, "the a dispute" is replaced with "the dispute".

On page 20, footnote 14, line 8, "special" is replaced with "Special".